# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED - USDC - FLMD - FTM
FEB 26 2026 AM11:09

Wesley Petiphar
*Petitioner*

v.

Warden S. Withers, USP Coleman I
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:26-cv-394-SPC-NPM
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Wesley Petiphar
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: USP Coleman I
   (b) Address: P.O. Box 1033
   Coleman, FL 33521
   (c) Your identification number: #67558.018
3. Are you currently being held on orders by:
   ☑ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: N/A

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

- ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
- ☐ Pretrial detention
- ☐ Immigration detention
- ☐ Detainer
- ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
- ☐ Disciplinary proceedings
- ☑ Other *(explain)*: Petitioner contends he is actually innocent of his §851 enhancement because his §846 Conspiracy conviction is not a Controlled Substance Offense under USSG §4B1.2(b).

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: ______

(b) Docket number, case number, or opinion number: ______

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

N/A

(d) Date of the decision or action: ______

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: N/A

(6) Issues raised: ______

(b) If you answered "No," explain why you did not appeal:

N/A

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

N/A

(b) If you answered "No," explain why you did not file a second appeal:

N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised: N/A

(b) If you answered "No," explain why you did not file a third appeal:

N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes ☐ No

If "Yes," provide:

(1) Name of court: U.S. District Court, Fort Myers Division

(2) Case number: 2:16-cr-81-FtM-38CM

(3) Date of filing: March 16, 2021

(4) Result: Denied

(5) Date of result: January 18, 2022

(6) Issues raised: Ineffective Assistance of counsel

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☑ Yes ☐ No

If "Yes," provide:

(1) Name of court: United States Court of Appeals, 11th Cir.

(2) Case number:

(3) Date of filing:

(4) Result: Denied

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Dupree was not decided until Jan. 18, 2023; 4 years after direct appeal and 2 years after petitioner's §2255 motion was filed. Dupree is not a Supreme Court ruling retroactive constitutional claim or newly discovered evidence for collateral relief on Second or Successive §2255 under § 2244 (3)(A). Petitioner contend his sentence exceeds his statutory maximum authorized by law and he is actually innocent of §851 enhancement and is in illegal custody.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

❒ Yes ❒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: N/A

(c) Did you file an appeal with the Board of Immigration Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: N/A

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

❒ Yes ❒ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: N/A

(3) Case number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

N/A

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: ______

(b) Name of the authority, agency, or court: ______

(c) Date of filing: ______

(d) Docket number, case number, or opinion number: ______

(e) Result: ______

(f) Date of result: ______

(g) Issues raised: ______

N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: See attached actual innocence claim and exhibits

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
See attached actual innocence claim and exhibits

(b) Did you present Ground One in all appeals that were available to you?
❐ Yes ❐ No

**GROUND TWO:**

N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Two in all appeals that were available to you?
❐ Yes ❐ No

**GROUND THREE:**

N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Three in all appeals that were available to you?
❐ Yes ❐ No

**GROUND FOUR:**

N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

N/A

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Dupree was not decided until Jan. 18, 2023; 4 years after appeal and 2 years after petitioners §2255 motion was filed. Therefore, this claim was unavailable to him on collateral relief. United States v. Hester, 2024 U.S. App. LEXIS 14051 (11th Cir. 2024).

**Request for Relief**

15. State exactly what you want the court to do: Grant Writ, vacate illegally enhanced §851 sentence of life imprisonment and resentence him w/o the 851 enhancement, as the interest of Justice would best be served to prevent a manifest injustice. Bryant v. Warden, FCC Coleman I, 738 F.3d 1253, 1288 (11th Cir. 2013).

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
2-13-26

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2-13-26

[signature]
*Signature of Petitioner*

Pro Se litigant
*Signature of Attorney or other authorized person, if any*